UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LATERAL RECOVERY LLC, BENCHMARK BUILDERS, INC., FTE NETWORKS, INC., JUS-COM LLC and FOCUS WIRELESS, LLC,<br><br>      Plaintiff,<br><br> v.<br><br>UNIQUE FUNDING SOLUTIONS LLC, YAAKOV WINOGRAD a/k/a JAKE WINOGRAD, and JOHN and JANE DOE INVESTORS,<br><br>      Defendants. | Case No. 1:22-cv-09876 |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS

**PLEASE TAKE NOTICE** that pursuant to F.R.C.P. 41(a)(1)(A)(i), Plaintiffs hereby Voluntarily Dismiss this action with prejudice and without costs as to all Defendants.

Dated: January 4, 2023

                **WHITE AND WILLIAMS LLP**

                By: _/s/ Shane R. Heskin_

                  Shane R. Heskin
                  7 Times Square, Suite 2900
                  New York, New York 10036-6524
                  (215) 864-6329
                  *Attorneys for Plaintiffs*